| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Erickson, Ralph R. | 2. Court or Organization District of North Dakota | 3. Date of Report 05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge--Active | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Quentin Burdick US Courthouse
655 1st Ave. N., Ste. 410
Fargo, ND 58102-4952

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Sharehouse Foundation, Fargo, ND |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. | 2/15/93 | NDPERS County Retirement Plan |
| 3. | 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. | 12/31/96 | 457(b) Plan State of North Dakota |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2011 | Self-employed Optometrist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of South Dakota School of Law | September 14-15 | Vermillion, SD | Guest Lecturer | food, lodging |
| 2. | University of St. Thomas School of Law | November 7 | Minneapolis, MN | Guest Lecturer | food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. Lsi Logic Corp. | | None | J | T | | | | | |
| 3. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 4. Alcatel Lucent common stock | | None | J | T | | | | | |
| 5. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 7. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 8. Federated Capital Reserve Fund, State Bank & Trust (X) 401K | A | Interest | K | T | | | | | |
| 9. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | B | Int./Div. | K | T | | | | | |
| 10. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | A | Int./Div. | K | T | | | | | |
| 11. ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | A | Int./Div. | J | T | | | | | |
| 12. ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | A | Int./Div. | J | T | | | | | |
| 13. Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 14. Digital Broadcast Corporation | | None | J | W | | | | | |
| 15. Guardian Insurance Trust #1 | D | Dividend | M | T | | | | | |
| 16. Guardian Insurance (____ Life Insurance Cash Value) | E | Dividend | M | T | | | | | |
| 17. Guardian Insurance (Cash Value) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Insurance (Cash Value) | C | Dividend | K | T | | | | | |
| 19. Guardian Insurance (Cash Value) | A | Dividend | J | T | | | | | |
| 20. Jackson National Life ( ___ Life Insurance) | A | Interest | K | T | | | | | |
| 21. Assets in ___ SEP at Alerus Financial | | | | | | | | | |
| 22. POIXX | A | Int./Div. | J | T | | | | | |
| 23. FTRBX | B | Dividend | K | T | Buy | 04/07/11 | J | | |
| 24. FULIX | A | Dividend | J | T | | | | | |
| 25. VBTSX | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 26. VGLT | A | Dividend | J | T | | | | | |
| 27. AFL | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 28. T | A | Dividend | J | T | Buy (add'l) | 09/30/11 | J | | |
| 29. ABT | A | Dividend | J | T | | | | | |
| 30. AXP | A | Dividend | J | T | | | | | |
| 31. APA | A | Dividend | J | T | | | | | |
| 32. AAPL | | None | J | T | Sold (part) | 09/26/11 | J | A | |
| 33. BHI | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 34. BCR | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BAX | A | Dividend | J | T | | | | | |
| 36. BDX | A | Dividend | J | T | | | | | |
| 37. BA | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 38. BRCM | A | Dividend | J | T | | | | | |
| 39. CVS | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 40. CAH | A | Dividend | J | T | Buy (add'l) | 07/13/11 | J | | |
| 41. CVX | A | Dividend | J | T | Buy (add'l) | 04/11/11 | J | | |
| 42. CVX | | None | | | Sold (part) | 10/19/11 | J | A | |
| 43. CSCO | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 44. CTSH | | None | J | T | Buy (add'l) | 07/13/11 | J | | |
| 45. CTSH | | None | J | T | Sold (part) | 09/27/11 | J | A | |
| 46. GRSIX | A | Dividend | J | T | Buy (add'l) | 04/07/11 | J | | |
| 47. CL | A | Dividend | J | T | | | | | |
| 48. DFSVX | | None | J | T | Buy (add'l) | 09/22/11 | K | | |
| 49. DFSVX | A | Dividend | J | T | Sold (part) | 09/28/11 | J | A | |
| 50. DIS | A | Dividend | J | T | | | | | |
| 51. DD | | None | J | T | Buy | 04/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DD | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 53. EMC | | None | J | T | Buy (add'l) | 08/25/11 | J | | |
| 54. ETN | A | Dividend | J | T | | | | | |
| 55. EMR | A | Dividend | J | T | Buy (add'l) | 11/04/11 | J | | |
| 56. EXPD | | None | J | T | Buy (add'l) | 04/11/11 | J | | |
| 57. EXPD | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 58. XOM | A | Dividend | J | T | Buy (add'l) | 07/13/11 | J | | |
| 59. GD | A | Dividend | J | T | Sold (part) | 06/09/11 | J | | |
| 60. GE | A | Dividend | J | T | | | | | |
| 61. GIS | A | Dividend | J | T | | | | | |
| 62. GILD | | None | J | T | Buy | 09/30/11 | J | | |
| 63. GRGTX | | None | J | T | | | | | |
| 64. GOOG | | None | J | T | Sold (part) | 07/08/11 | J | A | |
| 65. HAL | A | Dividend | J | T | | | | | |
| 66. INTC | | None | J | T | Sold (part) | 07/08/11 | J | A | |
| 67. JPM | A | Dividend | J | T | | | | | |
| 68. JCI | A | Dividend | J | T | Buy (add'l) | 06/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JNPR | | None | J | T | | | | | |
| 70. KSS | A | Dividend | J | T | | | | | |
| 71. MCD | | None | J | T | Buy | 04/11/11 | J | | |
| 72. MCD | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 73. MSFT | A | Dividend | J | T | Buy (add'l) | 07/13/11 | J | | |
| 74. MOS | A | Dividend | J | T | | | | | |
| 75. NOV | A | Dividend | J | T | | | | | |
| 76. NEE | A | Dividend | J | T | | | | | |
| 77. NKE | | None | J | T | Buy (add'l) | 09/27/11 | J | | |
| 78. NSC | A | Dividend | J | T | Buy (add'l) | 04/11/11 | J | | |
| 79. ORCL | | None | J | T | Buy (add'l) | 04/11/11 | J | | |
| 80. ORCL | | None | | | Buy (add'l) | 07/13/11 | J | | |
| 81. BTU | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 82. PEP | A | Dividend | J | T | | | | | |
| 83. PM | A | Dividend | J | T | | | | | |
| 84. PCRIX | A | Dividend | J | T | | | | | |
| 85. PX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PFG | | None | J | T | | | | | |
| 87. PG | A | Dividend | J | T | | | | | |
| 88. PRU | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 89. SPY | | None | J | T | | | | | |
| 90. STT | A | Dividend | J | T | | | | | |
| 91. TJX | A | Dividend | J | T | | | | | |
| 92. TGT | A | Dividend | J | T | | | | | |
| 93. TEVA | | None | J | T | Buy (add'l) | 04/11/11 | J | | |
| 94. TEVA | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 95. UTX | A | Dividend | J | T | | | | | |
| 96. UNH | A | Dividend | J | T | | | | | |
| 97. VOE | | None | | | Buy (add'l) | 08/24/11 | J | | |
| 98. VOE | A | Dividend | J | T | Sold (part) | 08/19/11 | J | A | |
| 99. VOT | A | Dividend | J | T | | | | | |
| 100. VISGX | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 101. VZ | A | Dividend | J | T | | | | | |
| 102. V | A | Dividend | J | T | Buy | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WMT | | None | J | T | Buy (add'l) | 09/29/11 | J | | |
| 104. WMT | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 105. WFC | A | Dividend | J | T | Buy (add'l) | 04/11/11 | J | | |
| 106. ACN | A | Dividend | J | T | | | | | |
| 107. COV | | None | J | T | Buy | 04/11/11 | J | | |
| 108. COV | A | Dividend | J | T | Sold (part) | 07/08/11 | J | A | |
| 109. NE | A | Dividend | J | T | | | | | |
| 110. DFIVX | A | Dividend | J | T | Buy (add'l) | 11/29/11 | J | | |
| 111. FIADX | A | Dividend | J | T | Buy (add'l) | 11/29/11 | J | | |
| 112. VTSGX | A | Dividend | K | T | Buy (add'l) | 09/22/11 | J | | |
| 113. MON | A | Dividend | | | Sold | 01/05/11 | J | B | |
| 114. ETR | | None | | | Sold | 01/20/11 | J | A | |
| 115. MRK | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 116. PELBX | A | Dividend | | | Sold (part) | 04/06/11 | J | A | |
| 117. PHIYX | A | Dividend | | | Sold (part) | 04/06/11 | J | A | |
| 118. FIIFX | A | Dividend | | | Sold | 04/06/11 | J | A | |
| 119. FULAX | | None | | | Sold (part) | 04/06/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VINEX | | None | | | Sold | 04/07/11 | J | A | |
| 121. IGT | A | Dividend | | | Sold | 04/13/11 | J | A | |
| 122. ATVI | A | Dividend | | | Sold | 04/15/11 | J | A | |
| 123. LIFE | | None | | | Buy | 03/22/11 | J | | |
| 124. LIFE | | None | | | Sold (part) | 07/08/11 | J | A | |
| 125. NSC | | None | J | T | Sold (part) | 07/08/11 | J | A | |
| 126. HPQ | A | Dividend | | | Sold | 08/22/11 | J | A | |
| 127. EFT | | None | | | Buy | 04/07/11 | J | | |
| 128. EFT | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 129. VISGX | | None | J | T | Sold (part) | 09/28/11 | J | A | |
| 130. NSC | | None | J | T | Sold (part) | 09/27/11 | J | A | |
| 131. LIFE | | None | | | Sold | 10/10/11 | J | A | |
| 132. CVX | | None | J | T | Buy (add'l) | 07/13/11 | J | | |
| 133. CMI | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 134. XLI | | None | | | Sold | 11/01/11 | J | A | |
| 135. Select Sector SPDR TR INDL | | None | | | Sold | 04/26/11 | J | A | |
| 136. BUFSX | | None | | | Sold | 04/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. EMC | | None | J | T | Sold (part) | 05/04/11 | J | A | |
| 138. MHS | | None | | | Sold | 05/13/11 | J | A | |
| 139. PCG | | None | | | Sold | 06/02/11 | J | A | |
| 140. COL | A | Dividend | | | Sold | 06/06/11 | J | A | |
| 141. CLX | A | Dividend | | | Sold | 06/09/11 | J | A | |
| 142. SPLS | A | Dividend | | | Sold | 06/16/11 | J | A | |
| 143. UTX | | None | J | T | Sold (part) | 07/08/11 | J | A | |
| 144. AMZN | | None | | | Sold (part) | 07/08/11 | J | A | |
| 145. CME | A | Dividend | | | Sold | 07/08/11 | J | A | |
| 146. BAC | A | Dividend | | | Sold (part) | 07/08/11 | J | A | |
| 147. AMZN | | None | | | Sold (part) | 07/08/11 | J | A | |
| 148. BAC | | None | | | Buy | 04/11/11 | J | | |
| 149. BAC | | None | | | Sold | 08/23/11 | J | A | |
| 150. AMZN | | None | | | Sold | 09/22/11 | J | A | |
| 151. AAPL | | None | J | T | Sold (part) | 09/26/11 | J | A | |
| 152. PHIYX | | None | | | Sold (part) | 10/19/11 | J | A | |
| 153. PELBX | | None | | | Sold (part) | 10/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PELBX | | None | | | Sold (part) | 11/02/11 | J | A | |
| 155. PHIYX | | None | | | Sold | 11/02/11 | J | A | |
| 156. PELBX | | None | | | Sold (part) | 11/10/11 | J | A | |
| 157. RIG | A | Dividend | | | Sold | 11/10/11 | J | A | |
| 158. ADBE | | None | | | Sold | 11/28/11 | J | A | |
| 159. GARTX | A | Dividend | | | Sold | 11/28/11 | J | A | |
| 160. PELBX | | None | | | Sold | 12/21/11 | J | A | |
| 161. FULAX | | None | | | Sold | 12/21/11 | J | A | |
| 162. BHI | | None | J | T | Buy (add'l) | 04/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Erickson, Ralph R. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, lines 116, 153, 156. Shares in PELBX were fully sold in a series of transactions with the last sale occurring on 12/21/11. See line 160.

Part VII, Investments and Trusts, lines 117 and 152. Shares in PHIYX were fully sold in a series of transactions with the last sale occurring on 11/02/11. See line 155.

Part VII, Investments and Trusts, line 119. Shares in FULAX were fully sold on 12/21/11. See line 161.

Part VII, Investments and Trusts, line 123. Shares in LIFE were fully sold on 10/10/11. See line 131.

Part VII, Investments and Trusts, lines 144 and 147. Shares in AMZN were sold in a series fo transactions with the last sale occurring on 9/22/11. See line 150.

Part VII, Investments and Trusts, line 146. Shares in BAC fully sold on 8/23/11. See line 146.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ralph R. Erickson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544